IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT E. BROWN**                                                                                      **PLAINTIFF**

**VS.**                                              **4:13CV00169 JMM**

**SOCIAL SECURITY ADMINISTRATION ET AL.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of June, 2013.

_____
James M. Moody
United States District Judge